IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| | | |
|---|---|---|
| MICHAEL RAY WATKINS, #2420686 | § | |
| | § | |
| VS. | § | CIVIL CASE NO. 4:23-CV-212 |
| | § | |
| WANDA ALLEN, ET AL. | § | |

**MEMORANDUM ADOPTING REPORT AND
RECOMMENDATION OF UNITED STATES MAGISTRATE JUDGE**

Came on for consideration the Report and Recommendation of the United States Magistrate Judge in this action (the "Report") (Dkt. #16), this matter having been heretofore referred to the Magistrate Judge pursuant to 28 U.S.C. § 636. On July 10, 2023, the Magistrate Judge entered the Report (Dkt. #10), containing proposed findings of fact and recommendations that Plaintiff's claims against "Dr. FNU LNU" and "Hopkins County Sheriff" be dismissed without prejudice under Federal Rule of Civil Procedure 41(b).

No objections having been timely filed, the Court concludes that the findings and conclusions of the Magistrate Judge are correct and adopts the same as the findings and conclusions of the Court.

It is therefore **ORDERED** that Plaintiff's claims against "Dr. FNU LNU" and "Hopkins County Sheriff" are **DISMISSED** without prejudice.

**So ORDERED and SIGNED this 3rd day of February, 2024.**

_____
SEAN D. JORDAN
UNITED STATES DISTRICT JUDGE